UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL J. MAJOR,

Plaintiff,

v.

OFFICE OF SUPERINTENDENT OF
SCHOOLS, STATE OF WASHINGTON,

Defendants.

Case No. C08-5438FDB

ORDER GRANTING DEFENDANTS'
MOTION FOR A MORE DEFINITE
STATEMENT

Defendants move pursuant to Fed. R. Civ. P. 12(e) for a more definite statement. Plaintiff filed a response purporting to comply with the motion for a more definite statement. Defendants have replied contending, however, that Plaintiff still has not provided information sufficient to put the State fairly on notice of the claims against it. Defendants ask that the Court enter an Order requiring Plaintiff to supply information in four enumerated areas.

The Court having reviewed the Complaint, the motion, response, and reply concludes that the motion is well-taken and should be granted. Under Fed. R. Civ. P. 8, a plaintiff must, among other things, provide "a short and plain statement of the claim showing that the pleader is entitled to relief." Neither Plaintiff's Complaint nor his response to the motion is short or plain, and neither document shows that Plaintiff is entitled to relief.

ORDER - 1

ACCORDINGLY,

IT IS ORDERED:

1. By no later than Friday, October 30, 2008, Plaintiff shall file an amended complaint that states:

    a. the specific actions(s) that the State, its agencies and/or officials allegedly committed, including the date and place that these actions allegedly occurred;

    b. the specific cause(s) of action that Plaintiff asserts against the State, its agencies and/or officials, and how the State's alleged action(s) relate thereto;

    c. the specific harm(s) that the Plaintiff alleges he and his six children suffered as the result of the action(s) of the State, its agencies, and/or officials; and,

    d. the specific "court and state rulings against the plaintiff and his children: that Plaintiff is asking this Court to void and reverse.

2. Failure to timely and substantively comply with this Order may result in dismissal of this cause of action.

DATED this 16th day of October, 2008.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2