# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL J. MAJOR,
    PLAINTIFF

JUDGMENT IN A CIVIL CASE

v.

OFFICE OF SUPERINTENDENT OF
SCHOOLS, STATE OF WASHINGTON,
    DEFENDANTS

CASE NUMBER: C08-5438FDB

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) Defendants' Motion to Dismiss [Dkt. # 13] is GRANTED;

(2) Defendants' Motion for Stay of Discovery [Dkt. # 19] is rendered MOOT by this Order;

(3) Plaintiff's Motions for Reconsideration [Dkt. 14], for Sanctions [15]; and for Partial Summary Judgment [Dkt. # 18] are DENIED given the Court's ruling on Defendants' Motion to Dismiss.

December 5, 2008                                        BRUCE RIFKIN
                                                                                                               Clerk

                                                                                                                  /s/ Pat LeFrois
                                                                                                                 _____
                                                                                                                     Deputy Clerk