UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL J. MAJOR,

Plaintiff,

v.

OFFICE OF SUPERINTENDENT OF SCHOOLS, STATE OF WASHINGTON,

Defendant.

Case No. C08-5438FDB

ORDER DENYING RECONSIDERATION

On December 4, 2008, this matter was dismissed on Defendant's motion on the basis of several fatal infirmities, including the Eleventh Amendment, subject-matter jurisdiction, statute of limitations, and standing. Plaintiff seeks reconsideration, making a variety of unconvincing arguments. Plaintiff's motion lacks merit, and it will be denied. NOW, THEREFORE,

IT IS ORDERED: Plaintiff's Motion for Reconsideration [Dkt. # 31] is DENIED.

DATED this 6th day of January, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1